Prosper MarketPlace Inc.
221 Main St Suite 300
San Francisco, CA 94105

FILED
JAMES J. WALDRON, CLERK
MAY 18 2015
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
Camden, NJ

In re:

    Ronald Distasio

CHAPTER Chapter 13
CASE NO. 1428026

NOTICE OF WITHDRAWAL OF
PROOF OF CLAIM #14 on 14-28026

SSN # xxx xx 2744

TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Prosper MarketPlace Inc., for account # 49263 , in the amount of $7,962.71 docketed by the court on **January 12, 2015**, claim number 14.

2. You are notified that such proof of claim is hereby withdrawn pursuant to Bankruptcy Rule 3006.

DATED: _____May 15, 2015_____

_____

Prosper MarketPlace Inc.
221 Main St Suite 300
San Francisco, CA 94105

Representing:    Creditor
Keith Walch
221 Main St. Suite 300
San Francisco, CA 94105